JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. YESSAIAN.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, ET AL.,<br><br>　　　　　　Defendant. | Case No. CV 23-0747-KK-JCx<br><br><br>JUDGMENT |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendants Novartis Pharmaceuticals Corporation and Advanced Accelerator Applications USA, Inc. Plaintiff's Complaint against Defendants is hereby DISMISSED with prejudice. (JS-6)

Dated:  April 30, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge